NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7055

KENNETH L. JORDAN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-3428, Judge John J. Farley, III.

ON MOTION

ORDER

Upon consideration of Kenneth L. Jordan's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

JUN - 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Kenneth L. Jordan
       David F. D'Alessandris, Esq.

s8

JUN - 3 2009

ISSUED AS A MANDATE: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK